EDWARD GOOLD AND CHARLES D. GOOLD, *Plaintiffs in Error, against* JOHN SHAW, *Defendant in Error.*

THIS cause came before the court on a writ of error, from the supreme court. For the facts in the cause, and the reasons of the court below, see 1 Johns. Cas. p. 293, 309.

After argument, this court unanimously affirmed the judgment of the supreme court, with costs, and the record was ordered to be remitted.

Judgment affirmed.(*a*)